[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 05-12272
_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
April 4, 2006
THOMAS K. KAHN
CLERK

D. C. Docket Nos.
04-21167-CV-JEM
02-11721-BKC-AJ

In Re:  STRATUS PHARMACEUTICALS, INC.


Debtor.

_____

04-CV-21167

STRATUS PHARMACEUTICALS, INC.,

Plaintiff-Appellant,

versus

STATE FARM FLORIDA INSURANCE COMPANY,

Defendant-Appellee.

_____

04-CV-21168

STRATUS PHARMACEUTICALS, INC.,

Plaintiff-Appellant,

versus

UNITED NATIONAL INSURANCE COMPANY,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Southern District of Florida
_____

**(April 4, 2006)**

Before TJOFLAT and HULL, Circuit Judges, and RESTANI,[*] Judge.

PER CURIAM:

After review and oral argument, we affirm the grant of summary judgment in favor of defendants State Farm Florida Insurance Company and United National Insurance Company for the reasons set forth in the district court's March 18, 2005, order.

---

[*]Honorable Jane A. Restani, Chief Judge, United States Court of International Trade, sitting by designation.